OSIAS WEISTHAL, Respondent, *v.* ARENA BUILDING CORPORATION, Appellant.

(Argued June 12, 1931; decided July 15, 1931.)

*Everett F. Warrington* for appellant.

*Fred P. Harrington* and *Manley J. Greenwald* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.